NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK BODGE,                          )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-3995
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____)

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Joseph A. Bulone,
Judge.


PER CURIAM.


          Affirmed.  See Keene v. State, 500 So. 2d 592 (Fla. 2d DCA 1986); Harris

v. State, 483 So. 2d 111 (Fla. 2d DCA 1986).


CASANUEVA, SILBERMAN, and ATKINSON, JJ., Concur.